

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fabian Lamar Rosses,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>Raymond Madden,<br><br>　　　　　　　　　　Respondent. | **Civil Action No.** 17cv1898-MMA(WVG)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds that Judge Gallo has issued an accurate Report and well-reasoned recommendation that the Petition be denied. The Court adopts the Report and Recommendation in its entirety. The Court denies the Petition with prejudice and declines to issue a certificate of appealability.

Date:　　5/9/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
　　　　　　　　　　　　R. Chapman, Deputy